IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **LOCKHEED MARTIN CORPORATION,** | § § § | |
| **Plaintiff,** | § § | |
| v. | § § § | Civil Action No. 4:23-cv-01204-O |
| **HOWMET AEROSPACE INC.** and **RTI ADVANCED FORMING, INC.,** | § § § § | |
| **Defendants.** | § | |

## ORDER

Before the Court is the parties Joint Notice Regarding Proposed Briefing Schedule (ECF No. 13), filed on December 4, 2023. After due consideration, the Court accepts the parties' proposed briefing schedule and **ORDERS** as follows:

1. Defendants shall file their opposition to Plaintiff's Motion for a Temporary Restraining Order by **December 7, 2023** at **12:00 p.m. Eastern Time**.

2. Plaintiff shall file its reply in support of its Motion for a Temporary Restraining Order by **December 8, 2023**.

**SO ORDERED** on this **4th day** of **December, 2023**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE