IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

ALTERNATIVE DISPUTE RESOLUTION SUMMARY

1. Style of case: **Lockheed Martin Corporation v. Howmet Aerospace, Inc., et al.**

2. Civil action number: **4:23-cv-01204-O**

3. Nature of the suit: **contract**

4. Method of ADR used: **mediation**

5. Date ADR session was held: **March 11 & 14, 2024**

6. Outcome of ADR *(Select one)*:

   ☐ Parties did not use my services        ☐ Settled, in part, as a result of ADR

   **X** Settled as a result of ADR            ☐ Parties were unable to reach a settlement

7. What was your TOTAL fee: **$21,216.00**

8. Duration of ADR: **two full days, 10 hours each day**

9. Please list persons in attendance (including party association, defendant, plaintiff). Please provide the names, address and telephone number of counsel on the reverse of this form.

   **Please see attached**

10. Provider information:

    Hon. Jeff Kaplan (Ret.)
    8401 North Central Expressway Suite 610
    Dallas, Texas 75225
    Phone: (214) 744-5267


    */s/ Jeff Kaplan*                                    March 15, 2024
    Signature

<u>Alternative Dispute Resolution Summary</u>
*Continued*

Please provide the names, addresses and telephone numbers of counsel:

Christopher J. Mandernach
Kimberly Broecker (first session only)
Williams & Connolly LLP
680 Maine Avenue, S.W.
Washington, D.C. 20024
Phone: (202) 434-5000
Counsel for Plaintiff

Mark E. McDonald
Victor L. Hou (first session only)
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, New York 10006
Phone: (212) 225-2000
Counsel for Defendants

Thomas G. Yoxall
Locke Lord LLP
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201
Phone: (214) 740-8000
Counsel for Defendants


Rob Spencer, with Plaintiff
Eugene Jaramillo, with Plaintiff (first session only)
Nick Drazic, with Plaintiff
Kristopher Yowell, with Plaintiff
Scott Dobbs, with Plaintiff (second session only)
Lola Lin, with Defendants
Neil Marchuk, with Defendants

## CERTIFICATE OF SERVICE

      I hereby certify that on this 15th day of March, 2024, I electronically submitted the foregoing document with the clerk of the court for the U.S. District Court for the Northern District of Texas.

      */s/ Katie M. Blume*
      _____
      Case Manager