IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| LOCKHEED MARTIN CORPORATION,<br><br>Plaintiff,<br>v.<br><br>HOWMET AEROSPACE INC. and RTI ADVANCED FORMING, INC.,<br><br>Defendants. | Case No. 4:23-cv-01204-O |

## JOINT STATUS REPORT AND JOINT MOTION TO AMEND

Plaintiff Lockheed Martin Corporation ("Lockheed Martin") and Defendants Howmet Aerospace Inc. and RTI Advanced Forming, Inc. (collectively, "Howmet") respectfully request that the Court amend the March 29, 2024 deadline it set for Lockheed Martin and Howmet to file a stipulation of dismissal, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), or agreed motion to dismiss and corresponding order, pursuant to Fed. R. Civ. P. 41(a)(2). *See* Order, D.I. 94 (March 15, 2024). The Parties have worked diligently to negotiate and draft the settlement agreement since completing their mediation on March 14, 2024. Despite these efforts, however, the parties require additional time to complete their negotiations and finalize the settlement agreement.

The parties therefore respectfully request that the Court amend its Order and require the Parties to file a stipulation of dismissal, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), or agreed motion to dismiss and corresponding order, pursuant to Fed. R. Civ. P. 41(a)(2), not later than April 2, 2024.

1

Date: March 28, 2024

Respectfully submitted,

/s/ *Micah R. Prude*
Micah R. Prude
   State Bar No. 24051216
Sara Babineaux
   State Bar No. 24125102
**HOLLAND & KNIGHT LLP**
One Arts Plaza
1722 Routh Street, Suite 1500
Dallas, Texas 75201
Telephone: (214) 969-1700
Facsimile: (214) 969-1751

Email: micah.prude@hklaw.com
Email: sara.babineaux@hklaw.com


Joseph G. Petrosinelli (*pro hac vice*)
J. Andrew Keyes (*pro hac vice*)
Christopher J. Mandernach (*pro hac vice*)
Kimberly Broecker (*pro hac vice*)
Jacob Burnett (*pro hac vice*)
**WILLIAMS & CONNOLLY LLP**
680 Maine Ave. S.W.
Washington, DC 20024
Telephone: (202) 434-5000
Facsimile: (202) 434-5029

Email: jpetrosinelli@wc.com
Email: akeyes@wc.com
Email: cmandernach@wc.com
Email: kbroecker@wc.com
Email: jburnett@wc.com

*Attorneys for Plaintiff*

/s/ *Mark E. McDonald (with authority)*
Thomas G. Yoxall
   State Bar No. 00785304
C. Scott Jones
   State Bar No. 24012922
Chase T. Cobb
   State Bar No. 24116208
**LOCKE LORD LLP**
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201
Telephone: (214) 740-8000
Facsimile: (214) 740-8800

Email: tyoxall@lockelord.com
Email: sjones@lockelord.com
Email: chase.cobb@lockelord.com


Victor L. Hou (*pro hac vice*)
Mark E. McDonald (*pro hac vice*)
Leila Mgaloblishvili (*pro hac vice*)
**CLEARY GOTTLIEB STEEN & HAMILTON LLP**
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

Email: vhou@cgsh.com
Email: memcdonald@cgsh.com
Email: lmgaloblishvili@cgsh.com

*Attorneys for the Defendants*