# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | |
|---|---|
| LOCKHEED MARTIN CORPORATION,<br><br>        Plaintiff,<br><br>v.<br><br>HOWMET AEROSPACE INC. and RTI ADVANCED FORMING, INC.,<br><br>        Defendants. | Civil Action No. 4:23-cv-01204-O<br><br>**STIPULATION OF DISMISSAL** |

      IT IS HEREBY STIPULATED by Plaintiff and Defendants, pursuant to Fed. R. Civ. P. 41(a):

      1.     All claims and counterclaims between Plaintiff and Defendants are dismissed with prejudice.

      2.     Subject to the terms of the parties' Settlement Agreement, each party shall bear its own costs, attorneys' fees and expenses incurred in connection with the claims and counterclaims dismissed by this Stipulation.

      3.     This Stipulation shall not act as an adjudication on the merits.

Date: April 2, 2024

Respectfully submitted,

/s/ *Micah R. Prude*
Micah R. Prude
   State Bar No. 24051216
Sara Babineaux
   State Bar No. 24125102
**HOLLAND & KNIGHT LLP**
One Arts Plaza
1722 Routh Street, Suite 1500
Dallas, Texas 75201
Telephone: (214) 969-1700
Facsimile: (214) 969-1751

Email: micah.prude@hklaw.com
Email: sara.babineaux@hklaw.com

Joseph G. Petrosinelli (*pro hac vice*)
J. Andrew Keyes (*pro hac vice*)
Christopher J. Mandernach (*pro hac vice*)
Kimberly Broecker (*pro hac vice*)
Jacob Burnett (*pro hac vice*)
**WILLIAMS & CONNOLLY LLP**
680 Maine Ave. S.W.
Washington, DC 20024
Telephone: (202) 434-5000
Facsimile: (202) 434-5029

Email: jpetrosinelli@wc.com
Email: akeyes@wc.com
Email: cmandernach@wc.com
Email: kbroecker@wc.com
Email: jburnett@wc.com

*Attorneys for Plaintiff*

/s/ *C. Scott Jones*
Thomas G. Yoxall
   State Bar No. 00785304
C. Scott Jones
   State Bar No. 24012922
Chase T. Cobb
   State Bar No. 24116208
**LOCKE LORD LLP**
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201
Telephone: (214) 740-8000
Facsimile: (214) 740-8800

Email: tyoxall@lockelord.com
Email: sjones@lockelord.com
Email: chase.cobb@lockelord.com

Victor L. Hou (*pro hac vice*)
Mark E. McDonald (*pro hac vice*)
Leila Mgaloblishvili (*pro hac vice*)
**CLEARY GOTTLIEB STEEN & HAMILTON LLP**
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

Email: vhou@cgsh.com
Email: memcdonald@cgsh.com
Email: lmgaloblishvili@cgsh.com

*Attorneys for the Defendants*

## CERTIFICATE OF SERVICE

    I hereby certify that on the 2nd day of April, 2024, the foregoing document was served via electronic filing on all counsel of record in this case.

                                            /s/ *Thomas G. Yoxall*
                                            Thomas G. Yoxall